## CULLEN vs. CERRAS & AL.

APPEAL from the court of the third district.

MATHEWS, J. delivered the opinion of the court. The judgment of the court below, in this case, is founded on a report of referee; and the only objection made to its correctness, relates to the rejection of a credit of two thousand dollars, claimed by the appellants, as having been paid to E. Livingston, on a suit commenced by him against the widow, in favor of some o the creditors of Cullen. A copy of the record of proceedings, which took place in that case, is laid before the court; from that, it appears to have been an action, the object of which was to compel an account to be rendered. The suit does not seem to have been prosecuted beyond the filing of the petition, and

A payment made to an attorney, who instituths a suit, but does not proceed, beyond the service of the citation, cannot be allowed, without some other evidence of its legitimacy.

East'nDistrict. service of citation.    It affords  no  evidence  of
*Feb.* 1824.
the petitioners being creditors  as  they  allege;
CULLEN        or, if they were, that they had any right to take
*vs.*
CERRAS & AL.  the money belonging to  the insolvent's estate,
without any tableau of  distributions, or order
of the judge  to pay.

Under these circumstances we are constrain-
ed, however  reluctantly, to adopt the opinion
of the referees and judge of the district  court,
on  the subject of these two thousan . dollars:
they were paid unadvisedly  or under bad  ad-
vice, by the widow, to a person not authorized
to receive them.    It is a hard  case on the ap-
pellants; but the judgment of the district court,
must be affirmed.

It is therefore  ordered, adjudged,  and de-
creed, that the judgment of the district court be
affirmed, with costs.

*Morse* for the plaintiff, *Christy* for the de-
fendants.